AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ISTALIN GALLARDO RUIZ-FUENTES<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  13-8156-JMH<br>)<br>)<br>) |

FILED by _____ D.C.

MAR 21 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 10, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC Sections 1326(a) & (b)(2) | Illegal Reentry after Deportation. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Andy Korzen, Deportation Officer, ICE
*Printed name and title*

I find probable cause. JMH

Sworn to before me and signed in my presence.

Date: 3-21-13

*Judge's signature*

City and state: __West Palm Beach, FL__    U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

## UNITED STATES v. ISTALIN GALLARDO RUIZ-FUENTES
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Istalin Gallardo RUIZ-FUENTES, also known as Estalian RUIZ committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

3. On or about March 10, 2013, an individual identifying himself as Estalian RUIZ was arrested in Palm Beach County, Florida on charges of leaving the scene of accident and driving without valid license. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States under alien number A094 299 250, that is Istalin Gallardo RUIZ-FUENTES.

1

4. On or about March 15, 2013, your affiant received the immigration alien file assigned to Istalin Gallardo RUIZ-FUENTES. Official records within alien file assigned to Istalin Gallardo RUIZ-FUENTES show that he is a native and citizen of Honduras. Records further show that on or about April 26, 2002, Istalin Gallardo RUIZ-FUENTES was ordered removed from the United States. The Order of Removal was executed on or about June 24, 2002. Thereafter, Istalin Gallardo RUIZ-FUENTES returned illegally to the United States. On or about June 26, 2006, Istalin Gallardo RUIZ-FUENTES was removed from the United States to Honduras for the second time.

5. Records further show that, on or about June 20, 2001 in the Superior Court of California, County of Los Angeles, Istalin Gallardo RUIZ-FUENTES was convicted of possession of cocaine base for sale and great bodily injury/death to a child in case number BA215623.

6. Border Patrol Fingerprint Expert Richard Abbott conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about March 10, 2013, that is, Istalin Gallardo RUIZ-FUENTES was the same person previously removed from the United States on or about June 26, 2006.

7. Your affiant performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Istalin Gallardo RUIZ-FUENTES filed an application for permission to reapply for admission into the United States after deportation or removal. After a diligent search was performed in that database system, no record was found to exist

indicating that Istalin Gallardo RUIZ-FUENTES obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law. Certificate of Non-Existence of Record has been requested from Bureau of Citizenship and Immigration Services.

8. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about March 10, 2013, Istalin Gallardo RUIZ-FUENTES, also known as Estalian RUIZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

Andy Kofzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 21 day of March, 2013.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8156-JMH

UNITED STATES OF AMERICA

vs.

ISTALIN GALLARDO RUIZ-FUENTES,

        Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes   __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Aurora.Fagan@usdoj.gov
Florida Bar No. 188591
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777